IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:

Michael Moseley, Ii
1409 Green Ave
Douglas, GA 31535
SSN: XXX-XX-3396

Chapter 13
Case No.20-50342-MJK

Debtor(s)

## TRUSTEE'S MOTION TO CONFIRM AS AMENDED

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will pay not less than _____ % of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☒ Raise payments/extend plan as follows:
$178/mo.

☒ Change valuation(s) as follows:
1st Frank = $5300 sec, APP = $53/mo

☐ Allow/Modify/Disallow claims as follows:

☐ Other:

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given this 29th Day of September, 2020.

_____          _____
Debtor's Counsel                  Chapter 13 Trustee / Attorney

_Michael Moseley_
Debtor

_____
Debtor

_____
Creditor's Counsel

1st Franklin
Creditor's Counsel

MEM